**Exhibit A to the Complaint**

**Location:** Flemington, NJ  
**Total Works Infringed:** 24  
**IP Address:** 98.221.229.210  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash:<br>7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 08-16-2022 20:06:52 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 2 | Info Hash: 6CBBBB442C2612315F5EED7712A820C458A89F7F<br>File Hash:<br>5733688BD9ECEE3A16EFB5959225817624F4350EA2440C498125AFAC16774F00 | 08-01-2022 18:15:08 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 3 | Info Hash: B2BD02F85748E9B929C507FF7927035B3DB7D9C3<br>File Hash:<br>F5512656E2B6581C621ECB4540F947AD22C4D7282DEBB316F0E72005F6943ADC | 08-01-2022 18:15:05 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 4 | Info Hash: BF96100A16F3F77A75B6E044814329C38673DFDC<br>File Hash:<br>C54952ADAECC01545F81960D8A585CBCF34DC31298C13AE59E29878399487D71 | 06-27-2022 17:58:49 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 5 | Info Hash: BFA30A14B5ACDD49ED2E66FDF882640473CA4472<br>File Hash:<br>1B5D4C656444C4321E6BAE842F0C5DE536A344CFCDC7852CD3130CEFB4AC3682 | 06-27-2022 17:58:18 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 6 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash:<br>5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 01-11-2022 20:42:29 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 7 | Info Hash: 980E29E94CEBAFEE2E480DF633DF6187E8CC965D<br>File Hash:<br>1A0F9D7BE2306841713F712039A84E4EC7164CAF368F5352E5F088BEB55B5CA9 | 08-03-2021 18:11:49 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 8 | Info Hash: F62C2A74CD5E3622071519075382940E012291CD<br>File Hash:<br>5713795177B739CD4BD8CCEE397FC9DC336BE05B82A3D7BEBDA95E5882E9EE6F | 07-06-2021 15:40:40 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 9 | Info Hash: 5EBA2C0292C6B733BB4152722D47AD34FE2FAF31<br>File Hash:<br>6C0917FC30D632540DE64B010982049F0550D0B2216B1C78D5D565CDED3BE1F2 | 06-01-2021 15:13:18 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 10 | Info Hash: 62ACA149C6B57C1E99DB16874F88AB34F0362043<br>File Hash:<br>C55B9DF5D9927E627D8DA3FF901161D78E8CA5DE1685498AA7B4D5B485FE4E7F | 04-15-2021 18:01:44 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 11 | Info Hash: 8A4E33BE6A9820F4197D25EA3290C7C46BE549EB<br>File Hash:<br>8A437387F2B7F2B120B5A458C83606D21ABFDCA11012D601A20B2BF23CB7850F | 03-23-2021 19:16:08 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-23-2021 16:03:25 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 13 | Info Hash: E713D89DBB841FCA06E2ED2D573238E1605C5258<br>File Hash: 05FE1DF9D606E6B61D5A4AF8A0BB8D7D39D61BAFDCFCE9D66898F73197D0834B | 01-18-2021 19:36:14 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |
| 14 | Info Hash: A4E4EB589C6670EA637881D600C170F2C895A43F<br>File Hash: EB9E17DAE379436C5C320B4F6D686051E5E07DE9C5FF77B54FDDE8BF45A4900A | 01-11-2021 20:59:44 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 15 | Info Hash: 2862FA0426C54DF5E65C7A671C2FAC7887418C6F<br>File Hash: 33323486571753E5D76822CDCC102A957F57DE62E5AF27D8C951EB06958D0989 | 01-11-2021 20:57:18 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 16 | Info Hash: 265690A02B3DF727DEFEE2036A4E3B03E18BBCBE<br>File Hash: EC5126B7B71F249246078CB568CAB862EF09C20A995AB0293D87676B08904CE6 | 11-10-2020 21:40:10 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 17 | Info Hash: D95DD9DDE1D56D2652DF56DDD308A8F222104588<br>File Hash: 9419A3ACB5DAD22CA7B78BB4590AED121B6A4B27D5B5F8012EBB0CC61B065CFF | 11-10-2020 21:31:18 | Tushy | 11-08-2020 | 12-09-2020 | PA0002274932 |
| 18 | Info Hash: 67D9DCB53E1A00DA730F80D1B914821E9F849B3F<br>File Hash: 56D3EBD1B25C8FB12E0089C9F2477ECFB7CB0E7B0CE59A7DC3CEC4B9BCA5FCF7 | 10-19-2020 15:17:54 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 19 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 09-21-2020 16:36:19 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 20 | Info Hash: 49303F746470DB2B0A69762D6C4DA54D0A0D2676<br>File Hash: FBAAD350D833E4AE965CA15F2B3E9C46E2467A8B3ED37773F23255A2980C604C | 08-03-2020 14:17:50 | Tushy | 08-02-2020 | 08-31-2020 | PA0002265633 |
| 21 | Info Hash: AAF0D0950C6DA2C3626B6CB1AF1B30FBDA788521<br>File Hash: C99FCE70EC40E33C6394F27F57FE3EB54CDCAE30F05B59803A2295CA06D84168 | 07-27-2020 20:25:29 | Tushy | 07-26-2020 | 08-31-2020 | PA0002265634 |
| 22 | Info Hash: 605A04B55BFC76DB4D985D40377CA0438DFAF454<br>File Hash: 28519B99CB935CEC76E95935A205932869D0C654E21834518C9578015E3E451B | 06-29-2020 15:37:06 | Tushy | 06-28-2020 | 07-17-2020 | PA0002248597 |
| 23 | Info Hash: 4218B961D29C31239ED69A0F7FA40164D32E4289<br>File Hash: 2B06F52E0DDA0AA7FC3F5B6E253187C6D4EA477085C000A74A4600ECEC814AE2 | 05-26-2020 12:46:26 | Tushy | 05-24-2020 | 06-16-2020 | PA0002253262 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 500CED73AD1640EE38AC911929DCFF74E9137064<br>File Hash: 929C5D23D8A40873034DEF5A596FDD63213ADBFCC955FF5EB76CA9A088AD4C07 | 04-15-2020 12:56:53 | Tushy | 04-12-2020 | 04-22-2020 | PA0002237697 |